IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:15MJ00208

-vs-

Chief Magistrate Judge Sharon L. Ovington

GERALD PAYNE,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on July 29, 2015. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

July 30, 2015

                              s/ Sharon L. Ovington
                              Sharon L. Ovington
                          Chief United States Magistrate Judge